# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WIEDERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEQUOIA AND KINGS CANYON NATIONAL PARKS, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01463-SAB<br><br>ORDER GRANTING STIPULATION TO SUBSTITUTE PARTIES<br><br>(ECF No. 3-1) |

　　　　Before the Court is the parties' stipulation to substitute parties. (ECF No. 3-1.) The parties proffer that the United States is the only proper defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346 (b)(1) and 2679(a); <u>FDIC v. Craft</u>, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA."). The Court agrees.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court HEREBY GRANTS the stipulation.  (ECF No. 3-1.)  Pursuant to 28 U.S.C. §§ 1346 (b)(1) and 2679(a), the United States of America is hereby SUBSTITUTED for Defendants Sequoia and Kings Canyon National Park and National Park Service.

IT IS SO ORDERED.

Dated:   **December 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge